

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00348-CV

Fernando **CORONA,** Jr.,
Appellants

v.

**ATTORNEY GENERAL STATE OF TEXAS,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 1997EM504318
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The record in this appeal was due July 1, 2019, but it was not filed. Both the trial court clerk and the court reporter have filed notifications of late record stating the record has not been filed because appellant has not paid or made arrangements to pay the fees to prepare the record and appellant is not entitled to the record without paying the fee. In addition, the court reporter asserts she has not received a request for a record or notice of the hearings for which a record is requested. *See* TEX. R. APP. P. 34.6(b), 35.3.

We **order** appellant to provide written proof to this court by **July 9, 2019** that (1) he has requested a record from the court reporter and specified the hearings for which a record is requested and (2) the reporter's fee and clerk's fee have been paid, arrangements satisfactory to the reporter and clerk have been made to pay the fees, or appellant is entitled to the record without prepayment of the fees. *See* TEX. R. APP. P. 20.1; 34.6(b)(1); 35.3(b).

If appellant fails to file proof of payment of the clerk's record within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). If appellant fails to file the required proof as to the reporter's record, appellant's brief will be due **August 8, 2019**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court